UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WASTE ACTION PROJECT,

        Plaintiff(s),

  v.

PORT OF OLYMPIA,

        Defendant(s).

Case No. 3:17−cv−05445−BHS

ORDER SETTING BENCH TRIAL AND PRETRIAL DATES

## I. TRIAL AND PRETRIAL DATES

| | |
|---|---|
| SEVEN DAY BENCH TRIAL set for 09:00 AM | December 10, 2019 |
| Deadline for filing motion to join parties | October 26, 2018 |
| Deadline for amending pleadings | November 6, 2018 |
| Disclosure of expert testimony under FRCP 26(a)(2) | June 3, 2019 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | July 3, 2019 |
| All motions related to discovery must be filed by | July 15, 2019 |
| Discovery completed by | August 12, 2019 |
| All dispositive motions must be filed by | September 11, 2019 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | November 4, 2019 |
| Agreed pretrial order filed with the Court by | November 18, 2019 |
| Pretrial conference will be held at 09:00 AM on | December 2, 2019 |
| Trial briefs, proposed findings and conclusions and deposition designations due by | November 19, 2019 |

If any of the dates identified in this order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on that day, per LCR 6. These are firm dates that can be changed only by order of the Court.

If this case is not settled, it will go to trial on the date set or as soon thereafter as the Court is available.

## II. FINDINGS OF FACT AND CONCLUSIONS OF LAW

Where appropriate, the parties are encouraged to work together in the creation of proposed findings of fact and conclusions of law. On or before the deadline for filing proposed findings and conclusions the parties shall email their proposed findings and conclusions in Word format to settleorders@wawd.uscourts.gov.

## III. PRIVACY POLICY

Pursuant to LCR 5.2(a), parties are to redact the following information from documents and exhibits before they are filed with the Court:

* Dates of Birth – redact to the year of birth.
* Names of Minor Children – redact to the initials.
* Social Security Numbers – redact to the last four digits.
* Financial Accounting Information – redact to the last four digits.
* Passport Numbers and Driver License Numbers – redact in their entirety.

## IV. SETTLEMENT

If this case is settled, please advise the Court immediately at (253) 882–3825.

DATED: The 26th of September 2018.

　　　　　　　　　　　　　　　　　　　　　s/ Benjamin H. Settle
　　　　　　　　　　　　　　　　　　　　　Benjamin H. Settle
　　　　　　　　　　　　　　　　　　　　　United States District Judge