HON. BENJAMIN H. SETTLE

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| WASTE ACTION PROJECT, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:17-cv-05445-BHS |
| | ) | |
| v. | ) | JOINT MOTION FOR ENTRY OF |
| | ) | CONSENT DECREE |
| PORT OF OLYMPIA, | ) | |
| | ) | NOTE ON MOTION CALENDAR: |
| Defendant. | ) | February 26, 2020 |
| | ) | |

8

9

10

11

12

13

MOTION

14

Plaintiff Waste Action Project and Defendant Port of Olympia (the "Port") hereby jointly

15

move the Court for an order approving the entry of the Consent Decree filed herewith.

16

STATEMENT IN SUPPORT

17

Waste Action Project and the Port (collectively, "the parties") have agreed that settlement

18

of this matter as between these parties is in the public interest and that entry of the Consent

19

Decree is the most appropriate means of resolving this matter.

20

21

Pursuant to 33 U.S.C. § 1365(c)(3) and 40 C.F.R. §§ 135.4 and 135.5, copies of the

22

Complaint and the Consent Decree will be served on the U.S. Attorney General, the

23

Administrator of the U.S. EPA and the Regional Administrator of Region 10 of the U.S. EPA.

24

The Consent Decree may not be entered prior to 45 days following receipt by both the

25

26

JOINT MOTION FOR ENTRY - 1
Case No. 3:17-cv-05445-BHS

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

1   Administrator and the Attorney General.  The noting date for the Court's consideration of this

2   matter has been scheduled accordingly.

3          The parties respectfully request this Court enter the Consent Decree.

4          RESPECTFULLY SUBMITTED, this 8th day of January, 2020.

5   PHILLIPS BURGESS PLLC                          SMITH & LOWNEY, PLLC

6   By s/*Heather Burgess*                         By: *s/Alyssa Englebrecht*
7   s/*Daniel Berner*                              *s/Richard Smith*
    Heather Burgess, WSBA #28477                   Alyssa Englebrecht, WSBA #46773
8   Daniel Berner, WSBA #43241                     Richard Smith, WSBA #21788
    Attorneys for Port of Olympia                  Attorneys for Waste Action Project
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT MOTION FOR ENTRY - 2                     SMITH & LOWNEY, P.L.L.C.
Case No. 3:17-cv-05445-BHS                        2317 EAST JOHN STREET
                                               SEATTLE, WASHINGTON 98112
                                                      (206) 860-2883