HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>    Plaintiff,<br><br>v.<br><br>PORT OF OLYMPIA,<br><br>    Defendant | Case No. 3:17-CV-05445-BHS<br><br>NOTICE OF WITHDRAWAL |

**TO:**        **The Clerk of the Court;**
**AND TO:**    **All Parties and Counsel of Record.**

PLEASE TAKE NOTICE, that pursuant to LCR 83.2(b)(2), Margaret J. Lee hereby withdraws as attorney for Defendant PORT OF OLYMPIA (hereinafter "Defendant"). Kimberly A. Seely of Coastline Law Group PLLC shall remain as counsel for Defendant in the above-entitled action. This withdrawal shall be effective January 14, 2020.

DATED this 14th day of January, 2020, at Tacoma, Washington.

COASTLINE LAW GROUP PLLC

/s/ Margaret J. Lee
Margaret J. Lee, WSBA #39887

/s/ Kimberly A. Seely
Kimberly A. Seely, WSBA #21676

Attorneys for Defendant

NOTICE OF WITHDRAWAL - 1

COASTLINE LAW GROUP PLLC
4015 Ruston Way, Ste. 200
Tacoma, Washington 98402
Telephone: (253) 203-6226

## DECLARATION OF SERVICE

I, Kate Hjalseth, declare under penalty of perjury under the laws of the State of Washington that the following is true and correct:

I am a resident of the State of Washington over the age of 18 years and not a party to the within entitled cause. I am employed by the law firm of Coastline Law Group PLLC, whose address is 4015 Ruston Way, Suite 200, Tacoma, Washington 98402.

On the dates indicated above the signature lines below, I sent out for service upon the below-listed parties at the addresses and in the manners described below, this Notice of Withdrawal:

| | | |
|---|---|---|
| Richard Smith | ☐ | U.S. Certified Mail, Return Receipt |
| Alyssa Englebrecht | ☐ | Hand Delivered via Legal Messenger |
| Corrie Yackulic | | |
| | ☐ | Electronic Court Efile |
| | ■ | Electronically via email: |
| *Attorneys for Plaintiff* | ☐ | |

DATED at Tacoma, Washington this 14th day of January, 2020.

/s/ Kate Hjalseth
Kate Hjalseth

NOTICE OF WITHDRAWAL - 2

COASTLINE LAW GROUP PLLC
4015 Ruston Way, Ste. 200
Tacoma, Washington 98402
Telephone: (253) 203-6226